# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RANDALL MORSE,**

           **Plaintiff,**

-vs-                                  Case No.  6:04-cv-1503-Orl-28JGG

**SIMLEY CORP., d/b/a Inn On The Beach**

           **Defendant.**

_____

# ORDER

This case is before the Court on Defendant's Motion for Attorney's Fees (Doc. 33) filed January 6, 2006.  The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and considering the objection (Doc. 41), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed January 31, 2006 (Doc. No. 40) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Defendant's Motion for Attorney's Fees (Doc. 33) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ____2<u>    </u>day of March, 2006.

<u>                                                          </u>
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party